# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **CLARENCE FROST ET AL.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO: 0:24-cv-00950-KMM-LIB |
| | ) |
| **LION BRAND YARN COMPANY,** | ) Judge Katherine M. Menendez |
| | ) |
| | ) Magistrate Judge Leo I. Brisbois |
| **Defendant.** | ) |

## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendant, Lion Brand Yarn Company respectfully moves the Court to dismiss the Amended Complaint of Plaintiffs Clarence and Tammy Frost pursuant to Fed. R. Civ. P. 12(b)(6). The reasons in support of this Motion are set forth in the accompanying Memorandum of Law.

Respectfully submitted,

*/s/ Jennifer S. Rusie*
Jennifer Zwilling, MN Bar No. 0389153
Jackson Lewis P.C.
150 South Fifth Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 359-1766
jennifer.zwilling@jacksonlewis.com

Jennifer S. Rusie (admitted pro hac vice)
Jackson Lewis, P.C.
611 Commerce Street, Suite 2803
Nashville, TN  37203
Telephone: (615) 565-1661
jennifer.rusie@jacksonlewis.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2024, the foregoing was served via the Court's ECF system upon the following:

**Jason D Gustafson**
Throndset & Michenfelder Law Office LLC
One Central Avenue West, Suite 101
St. Michael, MN 55330
Phone: 763-515-6110
Email: jason@throndsetlaw.com

**Patrick W Michenfelder**
Throndset Michenfelder Law Office, LLC
222 South Ninth Street, Ste 1600
Minneapolis, MN 55402
Phone: 763-515-6110
Email: pat@throndsetlaw.com

*/s/ Jennifer S. Rusie*
Jennifer S. Rusie

4853-6803-9366, v. 2

4853-6803-9366, v. 2