**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **CLARENCE FROST ET AL.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CASE NO:  0:24-cv-00950-KMM-LIB** |
| | ) |
| **LION BRAND YARN COMPANY,** | ) **Judge Katherine M. Menendez** |
| | ) |
| | ) **Magistrate Judge Leo I. Brisbois** |
| **Defendant.** | ) |

## DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

1.      Please Identify each Person who gathered and/or provided information used to prepare responses to these Interrogatories, and for each such Person, please identify the Interrogatory(ies) for which that Person gathered and/or provided information for.

**ANSWER:** The following individuals assisted in gathering or providing information in order to prepare Defendant Lion Brand Yarn Company's ("Defendant") responses:

Adam Blumental, Ryan Sonni, Jen Wallis, Laura Doron

2.      Please Identify all Documents you referred to, referenced, or used in any way in responding to Plaintiff's Discovery Requests in this case.

**ANSWER:** None

3.      Please Identify everyone who has had or currently has responsibility for ensuring that the Website is accessible to people who are Blind within the past five years.

**ANSWER:**

Adam Blumental, Ryan Sonni, Jen Wallis

4.      Please Identify and Describe in Detail everything you are aware of that has been done to ensure that the Website is accessible to people who are Blind within the past five years.

**ANSWER:**

Ryan Sonni runs weekly scans on several page types, including the homepage, a yarn product page, a kit product page, and a collection/category page.  Mr. Sonni uses a variety of tools, including the following;

- axe DevTools browser extension from Deque Systems

- accessible

- PowerMapper/SortSite

- WAVE Web accessibility evaluation tool

- Google Lighthouse

When an issue is found with one of the above tools, Mr. Sonni adds it to a spreadsheet so it's discovery and remediation can be tracked.  In June 2025 Lion Brand had a short partnership with a company called TestParty, who provided automated WCAG compliance by scanning the website and fixing issues directly within Lion Brand's code.  Lion Brand chose not to maintain the partnership, but they did scan and fix accessibility issues on all of Lion Brand's websites. Lion Brand has spent 330.75 development hours remediating accessibility issues between 2021 and 2025, and they have several ADA tickets currently being worked on.

Several of the outstanding issues related to accessibility are due to third parties Lion Brand partners with such as Klaviyo (marketing email provider) and Judge.me (product reviews provider). Lion Brand has open support cases with these companies to get the issues resolved on their end. Lion Brand is actively scanning and fixing any issues that come up.

5.      Please Identify anything identified in your answer to Interrogatory 4 above is done before content is made available to users on the Website.

**ANSWER:** Defendant objects to this interrogatory as being vague and unclear regarding the phrase "Identify anything identified in your answer to Interrogatory 4 above is done before content is made available to users."

6.      Please Identify and Describe in Detail all audits, automated testing manual testing, assessments, or evaluations of the Website for accessibility to people who are blind within the past five years, including the names of the companies or individuals who performed them, the dates of such audits, assessments, or evaluations, and the results.

**ANSWER:**

Please see Lion Brand's response to Interrogatory No. 4 and documents produced herewith.

7.      Please Identify any Describe in Detail any complaints, lawsuits, communications, or feedback you have received concerning the accessibility of the Website to individuals who are Blind within the past five years, including the names of the companies or individuals who performed them, the dates of such audits, assessments, or evaluations, and the results. Include in your answer any communication Defendant has had with the Department of Justice or any other state or federal regulator.

**ANSWER:** Objection. This interrogatory is over broad, unduly burdensome, and disproportionate to the needs of the case.

8.      Please Identify and Describe in Detail anything done in response to any of the audits, assessments, evaluations, complaints and/or feedback described in your answers to Interrogatories 5 and 6 above.

**ANSWER:**

Please see Lion Brand's Response to Interrogatory No. 4.

9.      Please Identify and Describe in Detail the policies, practices, and/or procedures of Defendant, if any, employed to ensure that Website for accessibility to people who are Blind within the past five years. Include in your Answer when any such policy, practice, or procedure was created; whether it is written and, if not, why it is not in writing; whether it includes coding; whether it involves end-user or other testing involving individuals who are Blind, and how it is implemented.

**ANSWER:** Objection. This interrogatory is over broad, unduly burdensome, and disproportionate to the needs of the case. Subject to and without waiving these objections, Defendant responds as follows:

Please see Lion Brand's response to Interrogatory No. 4.

10.     Please Identify and Describe in Detail any training or education provided by you and/or any individual or entity acting on your behalf to anyone with involvement in putting content on the Website concerning the Website's accessibility to people who are Blind within the past five years.

**ANSWER:** Objection. This interrogatory is over broad, unduly burdensome, and disproportionate to the needs of the case. Subject to and without waiving these objections, Defendant states that it does not conduct training.

11.    Please Identify and Describe in Detail any efforts Defendant undertakes to track or maintain records of customer demographics or similar customer-related metrics concerning the number and make-up of your customers and visitors to the Website, for example through internal surveys, tracking programs, direct observation, or other means. Include in your answer any such efforts that are related to Blind individuals and the results of any such efforts.

**ANSWER:** Objection. This interrogatory is over broad, unduly burdensome, and disproportionate to the needs of the case.

12.    If you contend that the Website conforms to any version of the Web Content Accessibility Guidelines (WCAG), please Describe in Detail and set forth the entire factual basis you believe supports such a claim.

**ANSWER:** Defendant objects to this request to the extent it seeks information subject to attorney/client privilege or work/product doctrine. Subject to and without waiving any of these objections, Defendant states as follows: the website is operable and allows for keyboard navigation, avoidance of keyboard trap, and focus indicators. In addition, the website is understandable using clear labels and predictable navigation. Further, the website is compatible with current assistive technologies. Additionally, please see Lion Brand's response to Interrogatory No. 4. The scanners identified in Interrogatory No. 4 state that the website meets WCAG standards.

13.    Identify and Describe in Detail and any bids, estimates or analysis related to the costs associated with the relief sought in the Complaint in this matter.

**ANSWER:** Objection. This interrogatory is over broad, unduly burdensome, and disproportionate to the needs of the case.

14.    Please Identify each Person who you believe, or suspect has knowledge or information concerning the validity of the allegations in the Complaint or any defenses you believe you may have to the allegations in the Complaint, and for each such Person, completely Identify and Describe in Detail what knowledge or information you believe or suspect they possess.

**ANSWER:**

Plaintiffs

Ryan Sonni—Mr. Sonni has knowledge of the audits and remediation of the website

Adam Blumenthal—Mr. Blumenthal has knowledge of the results of the scans and the work undertaken by Mr. Sonni

15.    Please Describe in Detail and set forth the entire factual basis you believe supports any of the defenses you believe you have to the Plaintiff's claims in this matter.

**ANSWER:** Objection. This interrogatory is over broad, unduly burdensome, and disproportionate to the needs of the case. Subject to and without waiving these objections, Defendant responds  as follows:

See responses herein.

16.    Please Identify and Describe in Detail each of the "Documents concerning the accessibility of the website identified in Plaintiff's Complaint" referenced in Defendant's Rule 26 Initial Disclosures dated June 27, 2025.

**ANSWER:**

Please see documents produced herewith.

Respectfully,

*/s/ Jennifer S. Rusie*
Jennifer S. Rusie, BPR No. 026009
Jackson Lewis, PC
611 Commerce Street, Suite 2803
Nashville, TN  37203
(615) 565-1661
Jennifer.rusie@jacksonlewis.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of November  2025, I served a true and correct copy of the foregoing via email on the following:


Patrick W. Michenfelder (#0242007X)
Jason D. Gustafson (#0403297)
Chad A. Throndset (#0261191)
THRONDSET MICHENFELDER, LLC
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6100
pat@throndsetlaw.com
jason@throndsetlaw.com
chad@throndsetlaw.com

*Attorneys for Plaintiffs*


/s/ *Jennifer S. Rusie*
Jennifer S. Rusie


4939-1534-9881, v. 1