**VERIFICATION**

I, <u>Adam Blumenthal</u> hereby certify under penalty of perjury under the laws of the United States of America that the foregoing Amended Responses to Plaintiff's First Set of Interrogatories to the best of my knowledge and information, are true and correct.

Signature: _____

Printed Name: _Adam Blumenthal_____

Date: _____11/17/2025_____

Title: _____CEO_____

4906-2219-5834, v. 1