# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Clarence and Tammy Frost, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>Lion Brand Yarn Company,<br><br>          Defendant. | Civil Case No.: 24-cv-00950(KMM/LIB)<br><br><br><br>**STIPULATION OF DISMISSAL** |

Based on the agreement of the parties, it is hereby stipulated that the above-captioned matter is dismissed in its entirety, with prejudice and without additional costs or fees to any party.

Dated: April 20, 2026

**THRONDSET MICHENFELDER, LLC**

By: */s/Patrick W. Michenfelder*
Patrick W. Michenfelder (#024207X)
Chad Throndset (#0261191)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
pat@throndsetlaw.com
chad@throndsetlaw.com
jason@throndsetlaw.com

Dated: April 20, 2026                          **JACKSON LEWIS PC**

                                               By: */s/Jennifer R. Rusie*
                                               Jennifer R. Rusie *(admitted pro hac vice)*
                                               6110 Commerce Street, Suite 2803
                                               Nashville, TN 37203
                                               Tel: (615) 565-1664
                                               Jennifer.rusie@jacksonlweis.com


                                               Jennifer M. Zwilling (#0389153)
                                               150 South Fifth Street, Suite 3500
                                               Minneapolis, MN 55402
                                               Tel: (612) 341-8131
                                               Jennifer.Zwilling@jacksonlewis.com

2