**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Clarence and Tammy Frost, individually and on behalf of all others similarly situated, | Civil Case No.: 24-cv-00950(KMM/LIB) |
| Plaintiffs, | **PROPOSED ORDER** |
| v. | |
| Lion Brand Yarn Company, | |
| Defendant. | |

Based upon the parties' submitted Stipulation of Dismissal, which has been reviewed and approved by the undersigned, it is hereby ordered that all claims between the parties be dismissed with prejudice and without costs or fees to any party.

**LET JUDGMENT OF DISMISSAL BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: _____     _____